# PARISH OF PLAQUEMINES
# STATE OF LOUISIANA

## FULL RECORD CERTIFICATION

I, Becky H. Kaliszeski, Deputy Clerk of the Twenty-Fifth Judicial District Court, for the Parish of Plaquemines, State of Louisiana, do hereby certify that the within and foregoing __5__ pages constitute a true and correct copy of the record entitled :

# 66-436                                                          DIV "A"

### Leroy Grover

### VERSUS

### ABC Manufacturer Et Al

IN TESTIMONY WHEREOF, I have hereunto set my hand

and affixed the seal of said Court, at Belle Chasse,

Louisiana, on this 31ˢᵗ day of March 2021.

_____
DEPUTY CLERK OF COURT
P.O. BOX 40
BELLE CHASSE, LA 70037

66436

DIVISION: A

LEROY GROVER

SUIT NO:
VERSUS

FILED

DEC 02 2020

ABC MANUFACTURER AND XYZ INSURANCE COMPANY

[signature]
Deputy Clerk

FILED_____     CLERK_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION FOR DAMAGES

NOW INTO COURT, through under signed counsel, comes LEROY GROVER for the purpose of filing this petition for damages and avers the following:

I.

Made defendants are as follows:

A. ABC MANUFACTURER, the manufacturer of the defective painter/blaster or sandblasting machine/equipment, high pressure hose and component parts, and having placed unreasonably dangerous equipment on the market who's negligence resulted in serious injuries to petitioner.

B. XYZ INSURANCE COMPANY, the defendant's liability insurance carrier, having a liability policy providing liability coverage and or general liability coverage to the defendant at the time of the accident herein.

II.

Said defendants are liable to petitioner for injuries sustained by petitioner as a result of the defendants' negligence.

III.

Said injuries include: loss of enjoyment of life, inconvenience, fear and fright, diminished life style, medical expenses, mental stress and anguish, pain and suffering, loss of vision, blindness, multiple eye operations need for extensive future medical treatment, and traumatic acceleration of degenerative conditions.

IV.

On or about December 2, 2019, as petitioner operating sandblasting equipment at his place of employment in Plaquemines Parish, Louisiana, either the painter/blaster or sandblasting machine, the high pressure hose or another component part of the machine malfunctioned causing pressurized particles or substances to spray into his face and eyes

the unfortunate incident.

V.

Said acts of negligence committed by defendant are as follows:

1. Inadequate warning

2. Failure to warn.

3. Manufacturing, producing and or fabricating and distributing a product that's unreasonably dangerous design, construction and or composition.

4. Manufacturing an unreasonably dangerous product.

WHEREFORE, petitioners pray that defendant, ABC Manufacturer and XYZ INSURANCE COMPANY be duly cited to appear and answer this Petition and after due proceeding are conducted, that this Honorable Court enter a judgment in favor of petitioners, and against defendants for an amount found to be just and adequate.

RESPECTFULLY SUBMITTED,

_____
Randal L. Gaines
Attorney at Law
7 Turnberry Drive
Laplace, La 70068
Bar Roll No. 17576
(225) 647-3383
(504) 487-9904

PLEASE SERVE:

(HOLD SERVICE AT THIS TIME)

STATE OF LOUISIANA

SUIT NO.: 66,436                                                                     DIVISION: "A"

LEROY GROVER

SUIT NO:
VERSUS

CIVEO AND XYZ INSURANCE COMPANY

FILED_____         CLERK_____

FILED MAR -3 2021

********************************************************************

## PLAINTIFF FIRST SUPPLEMENTAL AND AMENDED AND PETITION FOR DAMAGES

NOW INTO COURT, through under signed counsel, comes LEROY GROVER for the purpose of filing this petition for damages and avers the following:

I.

Made additional defendants are as follows:

A. CIVEO, the manufacturer of portable industrial buildings and doing business as an oil field equipment provider, doing business in Belle Chase Louisiana, and who's negligence resulted in serious injuries to petitioner.

B. XYZ INSURANCE COMPANY, the defendant's general liability insurance carrier, having a liability policy providing liability coverage and or general liability coverage to the defendant at the time of the incident herein.

II.

Said defendants are liable to petitioner for injuries sustained by petitioner as a result of the defendants' negligence.

III.

Said injuries include: loss of enjoyment of life, inconvenience, fear and fright, diminished life style, medical expenses, mental stress and anguish, pain and suffering, loss of vision, blindness, multiple eye operations need for extensive future medical treatment, and traumatic acceleration of degenerative conditions.

IV.

On or about December 2, 2019, as petitioner operating sandblasting equipment at his place of employment in Plaquemines Parish, Louisiana, either the painter/blaster or sandblasting machine, the high pressure hose or another component part of the machine malfunctioned causing pressurized particles or substances to spray into his face and eyes

V.

Said acts of negligence committed by defendant are as follows:

1. Inadequate warning

2. Failure to warn.

3. Failure to properly maintain equipment to the extent that the operator is subjected to an unreasonable risk of injury and harm.

4. Knowingly allowing a dangerous and unsafe condition to exist on its property.

5. Assigning workers task that requires the use of unsafe, unreasonable dangers poorly maintained equipment.

6. Knowingly allowing the condition of their equipment to decline into disrepair to the extent that injury to the user/operator was substantially certain.

7. Failed to take steps to protect plaintiff from injury and harm.

WHEREFORE, petitioners pray that defendant, CIVEO and XYZ INSURANCE COMPANY be duly cited to appear and answer this Petition and after due proceeding are conducted, that this Honorable Court enter a judgment in favor of petitioners, and against defendants for an amount found to be just and adequate.

RESPECTFULLY SUBMITTED,

Randal L. Gaines
Attorney at Law
7 Turnberry Drive
Laplace, La 70068
Bar Roll No. 17576
(225) 647-3383
(504) 487-9904

PLEASE SERVE:

CIVEO
2317 Engineers Road
Belle Chase, LA 70037

**ABC MANUFACTURER ET AL**

25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: CIVEO
2317 ENGINEERS ROAD
BELLE CHASSE, LA 70037

*YOU ARE HEREBY SUMMONED to comply with the demand contained in the Supplemental & Amending Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.*

*WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Wednesday, March 03, 2021.*

REQUESTED BY:
RANDAL L GAINES
ATTY FOR PLAINTIFF
225-647-3383

*Kyle C. Johnson*

*Deputy Clerk of Court for
Kim Turlich-Vaughan, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037*

## Service Information

Received on the _____

Suit: 138-66436
CIVEO
2317 ENGINEERS RD
BC LA
Person Served: ELAINE HANSON/ OFFICE
Received: 03/04/2021   Served: 03/05/2021  1:08 pm
Deputy: DUPLESSIS   Miles: 0.00   Type: PERSONAL

Cost: _____   _____ day of _____

**Personal Service** on th...
**Domiciliary Service** o... hands of _____ years, living and residi... ...icile in the parish in the ...over the age of seventeen ...ted with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this ___ day of _____, 20___

Service      $ _____
Mileage      $ _____           By: _____
Total        $ _____               Deputy Sheriff

FILED
MAR - 9 2021
DEPUTY CLERK
PLAQUEMINES PARISH, LA

Plaq. Parish
MAR 2021
Sheriff

PAID CHECK # 3178